July 19, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

DEANDREW PRICE, Appellant

NO. 14-11-00902-CV                    V.

UNI-FORM COMPONENTS COMPANY, Appellee

_____

This cause, an appeal in favor of appellee, Uni-Form Components Company, signed, September 9, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Deandrew Price, to pay all costs incurred in this appeal. We further order this decision certified below for observance.